UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Kyle Lamont Johnson,

    Defendant.
_____/

Case:2:21-cr-20508
Judge: Parker, Linda V.
MJ: Altman, Kimberly G.
Filed: 08-05-2021 At 03:17 PM
INDI USA V. JOHNSON (DA)

Violations:
18 U.S.C. § 922(a)(6)
18 U.S.C. § 1028A(a)(1)

## **INDICTMENT**

THE GRAND JURY CHARGES:

### Count One
### 18 U.S.C. § 922(a)(6) – False Statement to Acquire a Firearm

On or about June 28, 2021, in the Eastern District of Michigan, the defendant, Kyle Lamont Johnson, in connection with the attempted acquisition of two firearms, an FN model PS90 rifle and an IWI model Tavor X95 rifle, from Action Impact, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly furnished and exhibited a false, fictitious, and misrepresented identification to Action Impact, which identification was intended and likely to deceive Action Impact as to a fact material to the lawfulness of

such acquisition of firearms to Johnson under Chapter 44 of Title 18, in that Johnson represented that he was an individual with initials M.B., in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## Count Two
### 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

On or about June 28, 2021, in the Eastern District of Michigan, the defendant, Kyle Lamont Johnson, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: making a false statement to acquire a firearm, in violation of 18 U.S.C. § 922(a)(6), knowing that the means of identification belonged to another actual person with initials M.B., in violation of 18 U.S.C. § 1028A(a)(1).

## Count Three
### 18 U.S.C. § 922(a)(6) – False Statement to Acquire a Firearm

On or about June 23, 2021, in the Eastern District of Michigan, the defendant, Kyle Lamont Johnson, in connection with the attempted acquisition of two firearms, a Glock model 23 and a Glock model 29, from DeRonne Hardware, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

furnished and exhibited a false, fictitious, and misrepresented identification to DeRonne Hardware, which identification was intended and likely to deceive DeRonne Hardware as to a fact material to the lawfulness of such acquisition of firearms to Johnson under Chapter 44 of Title 18, in that Johnson represented that he was an individual with initials D.M., in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## Count Four
## 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

On or about June 23, 2021, in the Eastern District of Michigan, the defendant, Kyle Lamont Johnson, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: making a false statement to acquire a firearm, in violation of 18 U.S.C. § 922(a)(6), knowing that the means of identification belonged to another actual person with initials D.M., in violation of 18 U.S.C. § 1028A(a)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Four of this Indictment are hereby incorporated by reference for the purpose of

3

alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) together with 28 U.S.C. § 2461.

Upon conviction of the offenses set forth in Counts One and Three of this Indictment, the defendant shall forfeit to the United States any firearms or ammunition involved in or used in his knowing violations of 18 U.S.C. § 922(a)(6).

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

BENJAMIN C. COATS
Chief, Major Crimes Unit
Assistant United States Attorney

*s/Jessica V. Currie*
JESSICA V. CURRIE (P74213)
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9531
Jessica.Currie@usdoj.gov

Dated: August 5, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov— | Case: 2:21-cr-20508<br>Judge: Parker, Linda V.<br>MJ: Altman, Kimberly G.<br>Filed: 08-05-2021 At 03:17 PM<br>INDI USA V. JOHNSON (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: JVC |

**Case Title:** USA v. Kyle Lamont Johnson

**County where offense occurred:** Wayne

**Check One:**  ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no prior complaint.**
✓ Indictment/____Information --- **based upon prior complaint** [Case number: 21-mj-30328 ]
____Indictment/____Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |

---

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 5, 2021
Date

*Jessica V. Currie*
Jessica V. Currie
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9531
Fax: (313) 226-2372
E-Mail address: jessica.currie@usdoj.gov
Attorney Bar #: P74213

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.